# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 11, 2006

*Before*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Ilana Diamond Rovner, *Circuit Judge*

No. 06-1224

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     *Plaintiff-Appellee,* <br><br>     and, <br><br> STATE OF NEW YORK, *et al.,* <br>     *Plaintiffs-Intervenors-Appellees,* <br><br>       v. <br><br> CINERGY CORPORATION, *et al.,* <br>     *Defendants-Appellants.* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. <br><br> No. 1:99-CV-01693 <br><br> Larry J. McKinney, *Chief Judge.* |

## O R D E R

Cinergy Corporation's motion to correct alleged errors in the opinion in this case issued on August 17, 2006, is granted in part and denied in part. The following changes are made in the slip opinion:

P. 2, line 6: For "The modifications" substitute: "The EPA contends that the modifications".

Same page, second line after first paragraph break: For "modifications" substitute: "a permit for modifications".

So Ordered.